# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| LORI KARCHER,<br><br>    Plaintiff,<br><br>v.<br><br>ABILITY RECOVERY SERVICES, LLC,<br><br>    Defendants. | Civil Action No. 5:24-cv-00586 |

## NOTICE OF SETTLEMENT

The parties hereby report that the case has been settled and the parties will file a joint dismissal with prejudice of all claims between them upon completion of the settlement documents.

This 7th day of March, 2025.

ROBERT W. MURPHY
Florida Bar No. 717223
440 Premier Circle, Suite 240
Charlottesville, VA 22901
T: (954) 763-8660
F: (954) 763-8607
rwmurphy@lawfirmmurphy.com

*/s/John A. Love*
JOHN A. LOVE
Florida Bar No. 67224
Love Consumer Law
2500 Northwinds Parkway, Suite 330
Alpharetta, Georgia 30009
T: (404) 855-3600
tlove@loveconsumerlaw.com

*Counsel for Plaintiff*

*/s/ Dayle M. Van Hoose*
Rachel M. Fleishman, Esq.
Florida Bar No. 1026438
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 775-2170

Facsimile: (877) 334-0661
rfleishman@sessions.legal
dvanhoose@sessions.legal

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that I have filed a copy of the foregoing via the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

    This 7th day of March, 2025.

                                                       */s/ John A. Love*
                                                       *Counsel for Plaintiff*