UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

LORI KARCHER,

       Plaintiff,

vs.

ABILITY RECOVERY SERVICES, LLC,

       Defendant.

**CASE NO. 5:24-CV-00586-ACC**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LORI KARCHER, and Defendant, ABILITY RECOVERY SERVICES, LLC, by and through their undersigned attorneys, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate that all claims by and between the parties are hereby dismissed with prejudice, without costs, disbursements, or attorneys' fees to either Plaintiff or Defendant.

| | |
|---|---|
| */s/ Robert W. Murphy* | */s/ Dayle M. Van Hoose* |
| Robert W. Murphy | Dayle M. Van Hoose |
| Florida Bar No. 717223 | Florida Bar No. 00162177 |
| 440 Premier Circle, Suite 240 | SESSIONS, ISRAEL & SHARTLE, LLC |
| Charlottesville, Virginia 22901 | 3550 Buschwood Park Drive |
| Phone: (954) 763-8660 | Suite 195 |
| Email: rwmurphy@lawfirmmurphy.com | Tampa, Florida 33618 |
| *Attorney for Plaintiff* | Phone: (813) 890-2463 |
| | dvanhoose@sessions.legal |
| | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on April 21, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Middle District of Florida, using the CM/ECF system. I further certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rules of Civil Procedure, Rule 5(b)(2).

                                        */s/ Robert W. Murphy*
                                        Attorney